Ginger G. Mooney, OSB No. 031261
Ginger G. Mooney, LLC
1017 May Street, Suite 200
Hood River, Oregon 97031
T: (541) 716-5650
F: (503) 389-1585
contact@mooneylaw.org
Attorney for Plaintiff Mercedes Crabtree

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **MERCEDES CRABTREE,** | USDC Case No. 2:20-cv-01291-AR |
| Plaintiff, | **STIPULATED MOTION TO DISMISS WITH PREJUDICE** |
| **v.** | |

**COLETTE PETERS**, Oregon Department of Corrections (ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director (past); **HEIDI STEWARD**, ODOC Deputy Director (current); **MICHAEL GOWER,** ODOC Assistant Director of Operations; **ROB PERSSON,** ODOC Westside Institutions Administrator; **ERICKA SAGE**, ODOC PREA Coordinator; **PAULA MYERS**, Superintendent Coffee Creek Correctional Facility (CCCF**); DAWNELL MEYER**, ODOC Behavioral Health Services Administrator; **RICHARD STEPHEN ALBERTS, JR.,** ODOC Correctional Officer; **JASON BATTIN**, ODOC Correctional Officer; **ROMERO YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**, ODOC Correctional Officer; **ANTHONY ROSS**, ODOC Correctional Officer; **TANYA SIMMONS**, ODOC Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF counselor; **JENNIFER A. DARLING**, ODOC Correctional Officer; **T. PLUMBER**, ODOC SUI Investigator; **ALEX M. DORAN**, ODOC Correctional Officer; **JASON C. WILSON,** ODOC Correctional Officer; **EDGAR MICKELS,** ODOC Correctional Officer; **JASON WELLS**, ODOC Correctional Officer; **SHERYL KERR**, ODOC Correctional Officer; **ALANA BRUNS**, ODOC

**Page 1 of 3** – **STIPULATED MOTION TO DISMISS WITH PREJUDICE**

Correctional Officer (Captain); **CLARK BARKELL**, ODOC Correctional Officer; **JAMIE BERRINGER**, ODOC correctional officer; **MARTIN IMHOFF**, ODOC Correctional Officer; **JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE DOE,** Security Staff; **JOHN / JANE DOE**, ODOC Medical Staff; and the **STATE OF OREGON**, each sued in their individual and official capacities,

        Defendants.

Based upon the stipulation of the Parties, as evidenced by the previously filed Notice of Settlement and attached Release of Claims and Settlement Agreement [ECF 189], and as evidenced by the stipulated signatures below, this case has been fully compromised between Plaintiff and all Defendants by Plaintiff voluntarily agreeing to dismiss this lawsuit with prejudice, the parties agreeing to waive statutory costs and prevailing party fees, and the parties' stipulation that a General Judgment of Dismissal with Prejudice may be entered as to all parties and all claims.

**IT IS SO STIPULATED:**

*s/ Matthew Maile*
MATTHEW MAILE #181761
Senior Assistant Attorney General
Counsel for Defendants

*s/ Ginger G. Mooney*
GINGER G. MOONEY #031261
Counsel for Plaintiff

**Page 2 of 3** – **STIPULATED MOTION TO DISMISS WITH PREJUDICE**

## CERTIFICATE OF SERVICE

I certify that I served a copy of **STIPULATED MOTION TO DISMISS WITH PREJUDICE** on counsel for all Defendants at the following physical addresses, by placing a certified copy in a sealed envelope in the mail in Hood River, Ore., and by email at counsel for Defendants' last known email addresses:

| | |
|---|---|
| Matthew Maile & Jessica Spooner | Andrew D. Campbell & Elayna Matthews |
| Counsel for State Defendants | Counsel for Defendant Battin |
| Oregon Department of Justice | Heltzel Williams PC |
| 1162 Court St NE | PO Box 1048 |
| Salem, OR 97301 | Salem, OR 97308 |
| matthew.maile@doj.state.or.us | andrew@heltzel.com |
| jessica.spooner@doj.state.or.us | elayna@heltzel.com |

DATED this 6th day of July, 2026.

Respectfully submitted,

/s/ Ginger G. Mooney
Ginger G. Mooney, OSB#: 031261
Attorney for Plaintiff Mercedes Crabtree
1017 May Street, Suite 200
Hood River, Oregon 97031
(541) 716-5650
Fax (503) 389-1585
contact@mooneylaw.org

**Page 3 of 3 – STIPULATED MOTION TO DISMISS WITH PREJUDICE**